Jack Gilman, Appellant, *v.* Prudential Insurance Company of America, Respondent.*

Supreme Court, Appellate Term, First Department, July 6, 1943.

*Matthew L. Salonger* for appellant.

*Weit & Goldman* for respondent.

Memorandum *Per Curiam.* There was sufficient evidence to raise a question of fact, and although the court would be warranted in setting aside the verdict as against the weight of the evidence, there being a jury there must be a new trial. (*Starr* v. *Equitable Life Assur. Soc.,* 257 App. Div. 261.)

Judgment reversed and new trial ordered, with thirty dollars costs to appellant to abide the event.

Hammer, Shientag and Hecht, JJ., concur.